Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
31, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 31, 2005.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00109-CV

____________

 

IN RE LIVING CENTERS OF TEXAS,
INC.

d/b/a FAITH MEMORIAL NURSING HOME, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On February 1, 2005, relator filed a petition
for writ of mandamus in this court.  See
Tex. Gov=t. Code Ann. ' 22.221 (Vernon 2004-05); see also
Tex. R. App. P. 52.  In its petition, relator sought to have this
court compel the Honorable Tony Lindsay, presiding judge of the 280th District
Court in Harris County, to set aside portions of her order requiring production
of allegedly privileged medical records in cause number 2003-48568, styled Annette
Hood-Olaiya v. Faithe Memorial Nursing Home, Inc. and Living Centers of Texas,
Inc.

We find no clear abuse of discretion.  Accordingly, we deny relator=s petition for writ of mandamus.  This court=s stay order, issued February 2,
2005, is hereby dissolved.








 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed March 31, 2005.

Panel consists of
Chief Justice Hedges and Justices Fowler and Frost.